**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WINSTON HOLLOWAY**                                                   **PLAINTIFF**
**ADC #67507**

**V.**                             **5:08-cv-00196 WRW-JWC**

**ANEDA SWEET, et al**                                            **DEFENDANTS**

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Recommended Partial Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, Plaintiff's claims against Defendant "Marie Boardman" are hereby dismissed, without prejudice.

Plaintiff's case shall proceed against Defendants Austin, Sweet, and Stacy Boardman only. Service is now appropriate for Defendants. The Clerk of the Court is directed to prepare a summons for each Defendant, and the United States Marshal is directed to serve copies of the original and amended complaints with any attachments (doc. 2, 5), and a summons for each Defendant through Humphries and Lewis law firm, P.O. Box 20670, White Hall, Arkansas 71612, without prepayment of fees and costs or security therefor.[1] Should Defendants need copies of other filed documents, they are available from the Clerk's office or may be accessed through the PACER system for the United States District Court.

IT IS SO ORDERED this 30th day of September, 2008.

                                                          /s/ Wm. R. Wilson, Jr.
                                                          UNITED STATES DISTRICT JUDGE

---

[1] It is not necessary for the Clerk to send a copy for each CMS employee. Humphries and Lewis has indicated the need for only two (2) copies of all pleadings.