**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

WINSTON HOLLOWAY                                                                                    PLAINTIFF
ADC #67507

V.                                              NO: 5:08CV00196 WRW/HDY

ANITA WEAST *et al.*                                                                              DEFENDANTS

**ORDER**

On August 7, 2009, United States Magistrate Judge H. David Young entered an order denying Plaintiff's motion to amend, in which Plaintiff sought to add several new Defendants in connection with claims arising in mid to late 2008, through June of 2009 (Doc. No. 102). Judge Young noted that Plaintiff's lawsuit concerns dental treatment issues in April and May of 2006, and allegedly delayed care for an eye condition in February or March of 2007, and concluded that Plaintiff's proposed claims, which also included new claims regarding other issues and health conditions, might provide the grounds for a new lawsuit, but were inappropriate to include in this case. Plaintiff has now filed a motion seeking reconsideration of Judge Young's order. However, 28 U.S.C. § 636(b)(1)(A) provides:

> Notwithstanding any provision of law to the contrary--
>
> (A) a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.[1]

Nothing in Judge Young's order is clearly erroneous or contrary to law. Accordingly, Plaintiff's motion for reconsideration (Doc. No. 105) is DENIED.

IT IS SO ORDERED this 25th day of August, 2009.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 636(b)(1)(A). *See also* Local Rule 72.1.VII.B.