IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WINSTON HOLLOWAY
ADC #67507                                                                                                  PLAINTIFF

vs.                                           5:08CV00196-WRW

ANITA WEAST, et al                                                                                DEFENDANTS

## ORDER

Pursuant to the Scheduling Order, this case is set for an evidentiary hearing on Tuesday, June 29, 2010, at 9:30 a.m., Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom #4C, Little Rock, Arkansas, the Honorable William R. Wilson, Jr. presiding.

Therefore, the Arkansas Department of Correction is directed to ensure the attendance of the plaintiff, Winston Holloway, ADC #67507, his medical file and his institutional file at the evidentiary hearing on Tuesday, June 29, 2010, by 9:00 a.m.

The parties are requested to meet with the Court's Courtroom Deputy, Mary Johnson, at 9:00 a.m. the morning of the hearing with their witness and exhibits lists.

IT IS SO ORDERED this 15th day of June, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

prisonerwitness.ord.Holloway.wpd