**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**WINSTON HOLLOWAY**                                                                          **PLAINTIFF**
**ADC #67507**

**V.**                             **5:08CV00196 WRW**

**ANITA WEAST,** *et al.*                                                    **DEFENDANTS**

<u>**ORDER**</u>

Pending is Plaintiff's unopposed Motion to Substitute Party (Doc. No. 134). Separate Defendant James Blackmon died on May 16, 2010,[1] and in accordance with Federal Rules of Civil Procedure Rule 25, Separate Defendant Estate of James Blackmon should be substituted for Defendant James Blackmon.

IT IS SO ORDERED this 20th day of August, 2010.


                                                                                        /s/Wm. R. Wilson, Jr.
                                                                UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 30.

1