IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WINSTON HOLLOWAY                                                                            PLAINTIFF

v.                                          5:08CV00196-WRW

MARIE AUSTIN, *et al.*                                                                       DEFENDANT

### ORDER

Pending is Plaintiff's Motion in Limine (Doc. No. 144). Defendants have responded and do not object.[1]

Plaintiff, an inmate at Cummins Unit, seeks to limit evidence and testimony about his criminal charges and convictions in his civil trial.[2] Plaintiff's criminal charges and convictions are not relevant to the issues presented by his prison conditions claim, and would be highly prejudicial. Defendants agree that the evidence at issue is not relevant.

Plaintiff's Motion in Limine is GRANTED.

Accordingly, evidence or testimony about the nature of Plaintiff's criminal charges and convictions are inadmissible as evidence in this trial. Defendant is prohibited from questioning any witness or prospective juror in any way that would suggest or imply the nature of Plaintiff's criminal charges and convictions.

IT IS SO ORDERED this 27th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 146.

[2] Docs. Nos. 144, 145.

1