# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**WINSTON HOLLOWAY**                                                                                     **PLAINTIFF**

**v.**                                           **5:08CV00196-BRW**

**MARIE AUSTIN, ET AL.**                                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, it is ORDERED and ADJUDGED that Plaintiff's claims are DISMISSED with prejudice and Defendants are DISMISSED with prejudice as parties to this action.

IT IS SO ORDERED AND ADJUDGED this 7th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE